ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, ALEJANDRO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO HERNANDEZ,<br><br>    Defendant. | CASE NO. 1:10-cr-00244-AWI<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL CONFIRMATION** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the trial confirmation currently scheduled for April 4, 2011 to April 11, 2011 at 1:30 p.m.

This continuance is necessitated by the unavailability of defense counsel due to medical testing.

DATED: March 30, 2011            /s/ Kathleen Servatius
                                 KATHLEEN SERVATIUS
                                 Assistant United States Attorney
                                 **This was agreed to by Ms. Servatius via email on March 29, 2011**

DATED: March 30, 2011            /s/ Roger K. Litman
                                 ROGER K. LITMAN
                                 Attorney for Defendant
                                 ALEJANDRO HERNANDEZ

IT IS SO ORDERED.

Dated:   March 31, 2011          _____
                                 CHIEF UNITED STATES DISTRICT JUDGE

1