ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, ALEJANDRO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO HERNANDEZ,<br><br>    Defendant. | CASE NO. 1:10-cr-00244-AWI<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

    The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference currently scheduled for May 9, 2011, be continued to May 31, 2011 at 9:00 a.m.

    This continuance is necessitated to complete additional investigation, review of discovery and negotiations.

    The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: May 4, 2011        /s/ Kathleen Servatius
                                      KATHLEEN SERVATIUS
                                      Assistant United States Attorney
                                      **This was agreed to by Ms. Servatius via email on May 3, 2011**

DATED: May 4, 2011        /s/ Roger K. Litman
                                      ROGER K. LITMAN
                                      Attorney for Defendant
                                      ALEJANDRO HERNANDEZ

<u>ORDER</u>

IT IS SO ORDERED.

Dated:   May 4, 2011

CHIEF UNITED STATES DISTRICT JUDGE