ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, ALEJANDRO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | CASE NO.  1:10-cr-00244-AWI |
|     Plaintiff,                                          ) | |
|                                                               ) | **STIPULATION AND** |
|     v.                                                     ) | **TO** |
|                                                               ) | **CONTINUE STATUS CONFERENCE** |
| ALEJANDRO HERNANDEZ,            ) | |
|     Defendant.                                      ) | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference currently scheduled for August 8, 2011, be continued to August 22, 2011 at 9:00 a.m.

This continuance is necessary due to the fact that the defense is in the process of evaluating the proposed plea memorandum received from the government.  Negotiations cannot be completed by August 8, 2011.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  August 4, 2011                          /s/ Kathleen Servatius
                                                                  KATHLEEN SERVATIUS
                                                                  Assistant United States Attorney
                                                                  **This was agreed to by Ms. Servatius via telephone on August 4, 2011**

///
///

1

DATED: August 4, 2011         /s/ Roger K. Litman
                              ROGER K. LITMAN
                              Attorney for Defendant
                              ALEJANDRO HERNANDEZ

**ORDER**

IT IS SO ORDERED.

Dated:   August 5, 2011                    _____
                                           CHIEF UNITED STATES DISTRICT JUDGE