1 ROGER K. LITMAN, 57634
Attorney at Law
2 2300 Tulare Street, Suite 230
Fresno, California 93721
3 Telephone: (559) 237-6000

4 Attorney for Defendant, ALEJANDRO HERNANDEZ

5

6 IN THE UNITED STATES DISTRICT COURT FOR THE

7 EASTERN DISTRICT OF CALIFORNIA

8

9
UNITED STATES OF AMERICA,                )     CASE NO.  1:10-cr-00244-AWI
10                                        )
        Plaintiff,                        )
11                                        )     **STIPULATION TO EXTEND**
     v.                                   )     **MOTION FILING DATES AND**
12                                        )     **CONTINUE MOTION HEARING**
ALEJANDRO HERNANDEZ,                     )
13                                        )
        Defendant.                        )
14 _____)

15      The parties hereto, by and through their respective attorneys, stipulate and

16 agree that the briefing schedule, under which any motions to be filed on behalf of

17 Mr. Aguilar-Hernandez are due on May 7, 2012, be extended as follows: Any

18 defense motions are to be filed on or before June 11, 2012.  Any government

19 opposition will be filed by July 2, 2012.

20      The hearing date currently calendared for June 4, 2012 is continued to July

21 16, 2012 at 10:00 a.m. before the Hon. Anthony W. Ishii.

22      This continuance is necessary to afford the parties sufficient time to conclude

23 ongoing settlement negotiations.  Successful conclusion of said negotiations would

24 eliminate the need for the filing of pretrial motions.

25 ///

26 ///

27 ///

28 ///

1

The parties also agree that time is excluded and any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: May 4, 2012        /s/ Kathleen Servatius
                                    KATHLEEN SERVATIUS
                                    Assistant United States Attorney
                                    **This was agreed to by Ms. Servatius via email on May 2, 2012**

DATED: May 4, 2011        /s/ Roger K. Litman
                                    ROGER K. LITMAN
                                    Attorney for Defendant
                                    ALEJANDRO HERNANDEZ

**ORDER**

IT IS SO ORDERED.

Dated:   May 4, 2012

                                    CHIEF UNITED STATES DISTRICT JUDGE