ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, ALEJANDRO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO HERNANDEZ,<br><br>    Defendant. | CASE NO.  1:10-cr-00244-AWI<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference in this matter, currently calendared for October 1, 2012, be continued to October 9, 2012 at 10:00 am.

This continuance is necessitated as defense counsel has been assigned to trial in *People v. Margarito Sanchez,* Fresno County Superior Court Case Number F12900775, and is anticipated to last for one week.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED:  September 27, 2012         /s/ Kathleen Servatius
                                   KATHLEEN SERVATIUS
                                   Assistant United States Attorney
                                   **This was agreed to by Ms. Servatius via telephone on September 27, 2012**

1

1  DATED:  September 27, 2012        /s/ Roger K. Litman
                                     ROGER K. LITMAN
2                                    Attorney for Defendant
                                     ALEJANDRO HERNANDEZ
3
4
5  IT IS SO ORDERED.
6
   Dated:    September 27, 2012
7                                                    _____
                                     CHIEF UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28